ANDREW J. KOTULA, PLAINTIFF-PETITIONER, v. GREAT
ATLANTIC & PACIFIC TEA COMPANY, DEFENDANT-
RESPONDENT.

*Messrs. Zazzali & Zazzali* and *Mr. Charles J. Farley, Jr.*
for the petitioner.

*Messrs. Haskins, Robottom & Hack* for the respondent.

January 14, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THOMAS LEROY YOUGH, JR., DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum*
for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the
respondent.

January 14, 1969. Denied.

EDWIN R. BERGER, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. GERALD F. BAROFF, *ET AL.*, DEFENDANTS-PETI-
TIONERS.

*Messrs. Kaufman & Kaufman* and *Mr. Richard M. Sals-
burg* for the petitioners.

*Messrs. Riker, Danzig, Scherer & Brown* and *Mr. Frank J.
Miele* for the respondents.

January 14, 1969. Denied.